IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00051-AP

---

KAREN MATTHEWS,

    Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner of Social Security

    Defendant,

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

**For Plaintiff**:
MICHAEL W. SECKAR
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
seckarlaw@mindspring.com

**For Defendant:**
DAVID GAOUETTE
Acting United States Attorney

KEVIN T. TRASKOS
Deputy Chief, Civil Division
1225 Seventeenth Street, Ste 700
Denver, CO 80202
(303) 454-0100
(303) 454-0408 (facsimile)
kevin.traskos@usdoj.gov

ANTHONY J. NAVARRO
Special Assistant United States Attorney
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, CO 80294
(303) 844-7278 / (303) 844-0770 (facsimile)
anthony.navarro@ssa.gov

1. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

    The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

2. **DATES OF FILING OF RELEVANT PLEADINGS**

    A.  Date Complaint Was Filed:                                  01-13-09
    B.  Date Complaint Was Served on U.S. Attorney's Office:       02-23-09
    C.  Date Answer and Administrative Record Were Filed:          04-24-09

3. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

4. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

    Neither party intends to submit additional evidence.

5. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

6. **OTHER MATTERS**

    The parties have no other matters to bring to the attention of the court.

7. **BRIEFING SCHEDULE**

Because of workload and scheduling conflicts, the parties respectfully respect briefing to commence later than 40 days after the filing of this Joint Case Management Plan.  Counsel for both parties agrees to the following proposed briefing schedule:

    A.    **Plaintiff's Opening Brief Due:**        6-23-09
    B.    **Defendant's Response Brief Due:**       7-23-09
    C.    **Plaintiff's Reply Brief (If Any) Due:** 8-06-09

8. **STATEMENTS REGARDING ORAL ARGUMENT**

    A.  **Plaintiff's Statement:**
        Plaintiff does not request oral argument.

    B.  **Defendant's Statement:**
        Defendant does not request oral argument.

9. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**
    Indicate below the parties' consent choice.

    A.  **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
    B.  **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

10. **OTHER MATTERS**

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

11. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

    DATED:  May 15, 2009

                                                       BY THE COURT:

                                                       *S/John L. Kane*
                                                       U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:                                              For Defendant:

s/ Michael W. Seckar                                        DAVID GAOUETTE
MICHAEL W. SECKAR                                           Acting United States Attorney
402 W. 12th Street
Pueblo, CO  81003
719-543-8636                                                KEVIN TRASKOS
seckarlaw@mindspring.com                                    Deputy Chief, Civil Division
Attorney for Plaintiff                                      Unities States Attorney's Office
                                                            1225 17th Street, Suite 700
                                                            Denver, CO  80202
                                                            Telephone: (303) 454-0184
                                                            Facsimile: (303) 454-0400
                                                            Kevin.Traskos@usdoj.gov


                                                    By:     s/Anthony Navarro
                                                            Special Assistant United States Attorney
                                                            Social Security Administration
                                                            1961 Stout Street, Suite 1001A
                                                            Denver, CO 80294
                                                            (303) 844-7278
                                                            (303) 844-0770 (facsimile)
                                                            anthony.navarro@ssa.gov