**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 09-cv-00051-LTB

KAREN MATTHEWS,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____

**ORDER**
_____

Upon the Stipulated Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (Doc 19 - filed December 22, 2010), it is

ORDERED

(1) that the Stipulation for Attorney Fees is GRANTED and Defendant is ordered to pay the amount of $5,000.00 to Plaintiff for attorney fees under the EAJA;

(2) payment of the $5,000.00 shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA costs and fees in connection with this action; and

(3) this award is without prejudice to the right of Plaintiff's counsel to seek attorney fees under section 206(b) of the Social Security Act, 42, U.S.C. § 406(b), subject to the offset provisions of the EAJA.

                                      BY THE COURT:

                                       s/Lewis T. Babcock
                                       Lewis T. Babcock, Judge

DATED: February 3, 2010